Gerald Markham
Attorney at Law
198 Journey's End Way
Friday Harbor  WA 98250
PH 360-378-2873
FAX 360-378-2047
gmarkham@nwlink.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| CLYDE REYNOLDS, ANDRIA REYNOLDS and SCOTT REYNOLDS )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>THE M/V POHAH No 2 Official IMO No. 9227601, et al )<br>)<br>_____ Defendants _____ ) | Case No. 3:14-CV-00034 SLG |

## FRCP 41(a) VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff by counsel pursuant to ARCP 41(a) and files this notice of dismissal **with prejudice** prior to the Defendants appearance, service of an answer or motion for summary judgment in this matter.

Dated this the June 30, 2014 at Anchorage, Alaska.

s/ Gerald W. Markham
Gerald W. Markham Alaska Bar No 72-10058
Attorney for Clyde, Andria And Scott Reynolds

Certificate of Service
I hereby certify that on June 30, 2014 a copy of foregoing FRCP 41(a) Notice of Dismissal with prejudice was served electronically on Defendants counsel Doug Davis of Kensel, Young and Logan and Alaska National counsel Richard Nielsen of Nielsen and Shields (although neither have appeared of record).

s/ Gerald E. Markham